1072

THE STATE OF WASHINGTON, *Respondent*, v. BILLY J. ASCHENBRENNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-02177-9, J. Kelley Arnold, J., entered February 7, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrie, J. Pro Tem.

BEVERLY BAKER, *Appellant*, v. KAMAN BEARING AND SUPPLY CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-2-01243-4, Richard J. Schroeder, J., entered September 30, 1991. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Kennedy, JJ.

THE STATE OF WASHINGTON, *Appellant*, v. KURT MICHAEL TOMTEN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-00123-6, John A. Schultheis, J., entered November 4, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Kennedy, J., and Shields, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN F. STRICKERT, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 91-1-00021-0, Philip W. Borst, J., entered November 26, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Kennedy, J., and Shields, J. Pro Tem.